AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Edward Lee Gregory,<br>*Plaintiff*<br>v.<br>Hugh Hurwitz *Acting Director of the United States Bureau of Prisons*; Dr. Deborah G. Schult *Director of the United States Bureau of Prisons Health Services Division*; Dr. A. Chambers *in their individual capacity*; Dr. R. Lepiane *in their individual capacities*; Dr. D. Martin *in their individual capacities*; Dr. L. Martinez *in their individual capacities*; Dr. I. Negron *in their individual capacities*; Dr. G. Petry *in their individual capacities*; Dr. E. Reed *in their individual capacities*,<br>*Defendants*. | Civil Action No.    1:18-cv-03605-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Edward Lee Gregory, shall take nothing of the defendants, Hugh Hurwitz *Acting Director of the United States Bureau of Prisons*, Dr. Deborah G. Schult *Director of the United States Bureau of Prisons Health Services Division*, Dr. A. Chambers *in their individual capacity*, Dr. R. Lepiane *in their individual capacities*, Dr. D. Martin *in their individual capacities*, Dr. L. Martinez *in their individual capacities*, Dr. I. Negron *in their individual capacities*, Dr. G. Petry *in their individual capacities* and Dr. E. Reed *in their individual capacities*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   October 16, 2020                                                                                *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                                    s/L. Baker
                                                                                                            _____
                                                                                                                    *Signature of Clerk or Deputy Clerk*